UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DWAYNE HARRISON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW M. SAUL, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) | Case No. 19-1202-KHV |

## **ORDER**

For good cause shown, plaintiff's application for leave to file and continue this action without payment of fees or costs (ECF No. 4) is hereby granted. The Clerk shall prepare and issue summons to the U.S. Marshal or Deputy Marshal, who are appointed pursuant to Fed. R. Civ. P. 4(c)(3) to effect service.

IT IS SO ORDERED.

Dated August 12, 2019, at Kansas City, Kansas.

s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge
